UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| LUIS NELSON ACEVEDO, | ) |
|         Debtor | ) Case No. 1:23-bk-00462-MJC |
| | ) |
| | ) Judge Mark J. Conway |
| | ) |
| | ) (Electronically Filed) |
| | ) |

## SOCIAL SECURITY ADMINISTRATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE OPPOSITION TO THE DISCHARGE OF DEBT

The Social Security Administration, by and through its undersigned counsel, Suzanne P. Conaboy, Assistant U.S. Attorney, hereby moves for entry of an order extending the time within which to file opposition to discharge or dischargeability by thirty days, and in support thereof, states as follows:

    1.    Debtor Luis Nelson Acevedo ("Mr. Acevedo") filed a Chapter 7 Voluntary Petition on March 5, 2023. (ECF 1.)

    2.    On March 5, 2023, the Court entered an Order stating that the last day to oppose discharge or dischargeability is June 2, 2023. (ECF 5.)

    3.    The Social Security Administration requires additional time

to investigate this matter.

4. Therefore, it respectfully requests that this Court extend the date to oppose discharge or dischargeability by thirty days, until July 3, 2023.

5. Mr. Acevedo concurs in this Motion.

WHEREFORE, the Social Security Administration respectfully requests that the time for filing opposition to discharge or dischargeability be extended by thirty days, until July 3, 2023.

GERARD M. KARAM
United States Attorney

s/ Suzanne P. Conaboy
SUZANNE P. CONABOY
Assistant U.S. Attorney
PA ID: 314036
235 N. Washington Avenue
Scranton, PA 18503
(570) 348-2800

Dated: May 25, 2023          Suzanne.Scanlon@usdoj.gov