UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 5:23-bk-00462-MJC |
| LUIS NELSON ACEVEDO, | : | |
| Debtor. | : | Chapter 7 |
| _____ | : | |

**UNITED STATES OF AMERICA'S MOTION TO CLOSE CASE**

COMES NOW the United States of America, on behalf of the Social Security Administration (SSA), a creditor in this bankruptcy, and hereby respectfully moves that the Court close this bankruptcy case.

1. On October 28, 2024, the United States moved to reopen the instant bankruptcy case pursuant to 11 U.S.C. § 350(b) and relief from the stay for cause pursuant to 11 U.S.C. § 362(d)(1) to file a new adversary proceeding against debtor to except certain debts from discharge. (Doc. 41)

2. On November 4, 2024, the Court granted the motion to the extent it sought to reopen the bankruptcy case. (Doc. 45.)

3. On November 6, 2024, the United States filed for relief from the stay for cause pursuant to 11 U.S.C. § 362(d)(1) to file a new adversary proceeding against debtor to except certain debts from discharge. (Doc. 46.)

4. On January 7, 2025, the motion was granted. (Doc. 50.)

1

5. On March 13, 2025, the United States, on behalf of SSA, filed an Adversary Complaint docketed as 5:25-ap-00012 *Luis Nelson Acevedo v. United States of America o/b/o Social Security* Administration, seeking to have certain debts excepted for debtor's discharge.

6. On August 25, 2025, Default Judgment was entered in favor of the United States and against Acevedo. (Adversary Proceeding, Doc. 11.) Following that Order, the Court closed the adversary proceeding.

WHEREFORE, based on the conclusion of the related adversary proceeding as stated above, the United States of America, on behalf of the Social Security Administration requests that the main bankruptcy case be closed on the docket.

    Respectfully submitted,

BRIAN D. MILLER
United States Attorney

s/ Ryann D. Loftus
RYANN D. LOFTUS
Assistant United States Attorney
PA 319379
P.O. Box 309
Scranton, PA 18501
Telephone: (570) 348-2800
Fax: (570) 348-2037
ryann.loftus@usdoj.gov

Date: November 26, 2025