UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 5:23-bk-00462-MJC |
| LUIS NELSON ACEVEDO, | : | |
| Debtor. | : | Chapter 7 |
| _____ | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania, and is a person of such age and discretion as to be competent to serve papers.

That on November 26, 2025, she served copies of the attached:

**UNITED STATES OF AMERICA'S MOTION TO CLOSE CASE**

by placing said copies in a postage-paid envelope addressed to the persons hereinafter named, at the places and addresses stated below, which is the last known address, and by depositing said envelopes and contents in the United States Mail at Harrisburg, Pennsylvania.

Luis Nelson Acevedo, *pro se*
36 Strawberry Ln
Berwick, PA 18603-5345

                                                                                                  s/ Bethany Haase
                                                                                                  BETHANY HAASE
                                                                                                  Paralegal Specialist