UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| | : | Case No. 5:23-bk-00462-MJC |
| LUIS NELSON ACEVEDO, | : | |
| Debtor. | : | Chapter 7 |
| _____ | : | |

## CERTIFICATE OF NONCONCURRENCE

The undersigned hereby certifies that she attempted to contact Luis Nelson Acevedo on November 25, 2025 via e-mail at his last known e-mail address of allpro324@gmail.com. As of today's date, no response has been received. It is therefore assumed that Mr. Acevedo does not concur. To the extent undersigned receives a response from Mr. Acevedo, she will file a supplemental certificate of concurrence or nonconcurrence.

s/ Ryann D. Loftus
RYANN D. LOFTUS
Assistant U.S. Attorney