UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

LUIS NELSON ACEVEDO,
    Debtor.

Case No. 5:23-bk-00462-MJC

Chapter 7

## ORDER

Upon consideration of the Social Security Administration's Motion to Close the above matter for the reasons stated within the Motion, it is hereby ORDERED and DECREED that the Motion is GRANTED and the bankruptcy case is CLOSED.