# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
: Case No. 5:23-bk-00462-MJC
LUIS NELSON ACEVEDO,
: Chapter 7
    Debtor.

_____

## ORDER

Upon consideration of the Social Security Administration's Motion to Close the above-captioned case for the reasons stated therein, Doc. 54 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Clerk shall close the above-captioned case.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 11, 2025